

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA *ex rel.*
MICHAEL SAUER,

            Realtor,　　　　　　　　　　CIVIL ACTION NO. C1-00-0251
　　　　　　　　　　　　　　　　　　　　　　　J. Spiegel

BROOKSIDE EXTENDED CARE, INC.,
*et al.*,

            Defendant(s)

### NOTICE OF DISMISSAL

Now comes the Relator, through counsel, on behalf of himself and the United States of America and voluntarily dismisses the within action without prejudice.

                              Respectfully submitted,

                              John R. Mohr (0009863)
                              Gottschlich & Portune, LLP
                              201 E. Sixth Street
                              Dayton, Ohio 45402-2836
                              (937) 824-2811
                              (937) 824-2818

I have authorized the foregoing dismissal without prejudice to the United States of America.

                                          Respectfully submitted,

                                          GREGORY G. LOCKHART
                                          United States Attorney

                                          KENNETH F. AFFELDT (0052128)
                                          Assistant United States Attorney
                                          303 Marconi Boulevard
                                          Suite 200
                                          Columbus, Ohio 43215
                                          (614) 469-5715
                                          Fax: (614) 469-2769
                                          Ken.Affeldt@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served and/or caused to be mailed on this 6th day of October, 2003, to Kenneth F. Affeldt, Assistant United States Attorney, 303 Marconi Boulevard, Suite 200, Columbus, Ohio 43215.

JOHN R. MOHR (0009863)
Gottschlich & Portune, LLP
201 E. Sixth Street
Dayton, Ohio 45402-2836
(937) 824-2811
(937) 824-2818